JASON DOWNER, Complainant,

*vs.*

STAINES & COOPER, Defendants.

APPEAL IN EQUITY FROM THE DANE CIRCUIT COURT.

Illegibility of a bill in chancery is not a cause of demurrer. The proper course is, if the fact exist,. to move to strike the bill from the files.

DEMURRER to the complainant's bill on the ground that it was illegible. Demurrer sustained, and the complainant appealed.

*J. Downer,* for the complainant.

*Abbott and Petherick,* for defendants.

*By the Court,* WHITON, C. J. The sole cause of demurrer to the bill of complaint is, that it is illegible. We do not think this a ground of demurrer. If the fact alleged as a cause of demurrer exists, the defendant should have moved in the court below to strike the bill from the files.